Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-16430 (JNP)

Yolanda Marin  
11 South Myrtle Street  
Vineland, NJ  08360

Monthly Payment: $565.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2023 | $565.00 | 02/06/2023 | $565.00 | 03/10/2023 | $565.00 | 04/18/2023 | $565.00 |
| 05/10/2023 | $565.00 | 06/14/2023 | $565.00 | 07/10/2023 | $565.00 | 08/29/2023 | $565.00 |
| 09/11/2023 | $565.00 | 10/26/2023 | $565.00 | 11/27/2023 | $565.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | YOLANDA MARIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | ARTHRITIS & RHEUMATOLOGY ASSOCIATES | 33 | $1,341.62 | $0.00 | $1,341.62 | $0.00 |
| 2 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $217.95 | $0.00 | $217.95 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $82.25 | $0.00 | $82.25 | $0.00 |
| 6 | COMENITY CAPITAL BANK/VICTORIA'S SECRET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ENHANCED RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GENESIS/KAY JEWELERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MICHAEL R. MAZZONI, P.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MILSTEAD & ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PREMIER ORTHOPAEDIC ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PROGRESSIVE GARDEN STATE INSURANCE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SELECT PORTFOLIO SERVICING, INC. | 24 | $26,555.51 | $9,413.83 | $17,141.68 | $5,624.01 |
| 14 | SHORE SPECIALTY CONSULTANTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SPRINT CORP. | 33 | $1,712.81 | $0.00 | $1,712.81 | $0.00 |
| 16 | THE LANDIS SEWERAGE AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | THE RECEIVABLE MANAGEMENT SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VICTOR DRUZIAKO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PLAZA SERVICES, LLC | 33 | $1,552.61 | $0.00 | $1,552.61 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $19.36 | $0.00 | $19.36 | $0.00 |
| 23 | ASHLEY FUNDING SERVICES, LLC | 33 | $69.01 | $0.00 | $69.01 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 7.00 | $0.00 |
| 04/01/2022 | Paid to Date | $3,187.00 |
| 05/01/2022 | 52.00 | $565.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,215.00 |
| Total paid to creditors this period: | $5,624.01 |
| Undistributed Funds on Hand: | $510.76 |
| Arrearages: | $1,130.00 |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**