B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Camden)

In re <u>Yolanda Marin                              </u>,           Case No. <u>21-16430         </u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Scolopax, LLC                                </u>          <u>Plaza Services, LLC                        </u>
      Name of Transferee                                   Name of Transferor

Address:  Plaza Services, LLC
PO Box 1931
Burlingame, CA  94011

Name and Address where notices to transferee should be sent:
   Scolopax, LLC
   C/O WEINSTEIN & RILEY, PS
   1415 WESTERN AVE, SUITE 700
   SEATTLE, WA 98101
Phone: <u>(877) 332-3543                        </u>
Last Four Digits of Acct #: <u>3308              </u>

Court Claim # (if known): <u>4            </u>
Amount of Claim: <u>$1,552.61              </u>
Date Claim Filed: <u>September 17, 2021    </u>

Phone: <u>                                    </u>
Last Four Digits of Acct. #: <u>3308         </u>

Name and Address where transferee payments should be sent (if different from above):
   Scolopax, LLC
   C/O WEINSTEIN & RILEY, PS
   P.O. BOX 3978
   Seattle, WA 981243978
Phone: <u>(877) 332-3543                        </u>
Last Four Digits of Acct #: <u>3308              </u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Jordan Morrison, Supervisor        </u>      Date: <u>March 4, 2024            </u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

48126043

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on March 4, 2024:

| Trustee via E-Filing | Debtors' Counsel via E-Filing |
|---|---|
| ISABEL C BALBOA | VICTOR DRUZIAKO |
| ecfmail@standingtrustee.com | bkdruziako@aol.com |

                                    /s/ Jordan Morrison, Supervisor
                                    Jordan Morrison, Supervisor

48126043