**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-16430 (JNP)**

Monthly Payment: $565.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Yolanda Marin
11 South Myrtle Street
Vineland, NJ 08360

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $565.00 | 01/05/2024 | $-565.00 | 01/24/2024 | $565.00 | 02/27/2024 | $565.00 |
| 03/25/2024 | $565.00 | 04/24/2024 | $565.00 | 05/24/2024 | $565.00 | 06/25/2024 | $565.00 |
| 07/31/2024 | $568.00 | 08/12/2024 | $565.00 | 08/26/2024 | $565.00 | 09/24/2024 | $565.00 |
| 10/24/2024 | $565.00 | 11/25/2024 | $565.00 | 12/26/2024 | $565.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | YOLANDA MARIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $2,750.00 | $2,750.00 | $0.00 | $0.00 |
| 1 | ARTHRITIS & RHEUMATOLOGY ASSOCIATES | 33 | $1,341.62 | $0.00 | $1,341.62 | $0.00 |
| 2 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $217.95 | $0.00 | $217.95 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $82.25 | $0.00 | $82.25 | $0.00 |
| 6 | COMENITY CAPITAL BANK/VICTORIA'S SECRET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ENHANCED RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GENESIS/KAY JEWELERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MICHAEL R. MAZZONI, P.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MILSTEAD & ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PREMIER ORTHOPAEDIC ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PROGRESSIVE GARDEN STATE INSURANCE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SELECT PORTFOLIO SERVICING, INC. | 24 | $26,555.51 | $16,033.81 | $10,521.70 | $5,624.01 |
| 14 | SHORE SPECIALTY CONSULTANTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SPRINT CORP. | 33 | $1,712.81 | $0.00 | $1,712.81 | $0.00 |
| 16 | THE LANDIS SEWERAGE AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | THE RECEIVABLE MANAGEMENT SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VICTOR DRUZIAKO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SCOLOPAX, LLC | 33 | $1,552.61 | $0.00 | $1,552.61 | $0.00 |
| 22 | ASHLEY FUNDING SERVICES, LLC | 33 | $19.36 | $0.00 | $19.36 | $0.00 |
| 23 | ASHLEY FUNDING SERVICES, LLC | 33 | $69.01 | $0.00 | $69.01 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 7.00 | $0.00 |
| 04/01/2022 | Paid to Date | $3,187.00 |
| 05/01/2022 | 52.00 | $565.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,348.00 |
| Total paid to creditors this period: | $5,624.01 |
| Undistributed Funds on Hand: | $508.50 |
| Arrearages: | ($3.00) |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**