UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Yolanda Marin,

Debtor.

Case No.:       21-16430-JNP

Chapter:              13

Hearing Date:      1/14/2025

Judge:              Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 11 S. Myrtle Street, Vineland, NJ (Docket # 37)

_____

Date: 1/10/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*