**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF New Jersey**

**In RE:**

YOLANDA MARIN

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 1

**Case Number:** 21-16430

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Sprint Corp. by American InfoSource as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Sprint Corp. by American InfoSource as agent

PO Box 661380

Dallas,TX 75266-1380

Date: 08/11/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF New Jersey**

**In RE:**

**Chapter:** 13

YOLANDA MARIN

**Case Number:** 21-16430

**Debtor(s)**

## Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
VICTOR DRUZIAKO
BKDRUZIAKO@AOL.COM

Trustee
ANDREW B FINBERG
courtmail@standingtrustee.com

/s/ Samir Vaghela

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
ECFNotices@aisinfo.com